IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy J. Estes,                              :
                                               :
      Plaintiff(s),                        :
                                               :  Case Number: 1:11cv496
  vs.                                          :
                                               :  Chief Judge Susan J. Dlott
Commissioner of Social Security,               :
                                               :
      Defendant(s).                        :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 29, 2011 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 17, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, all claims against individual defendants, Dr. William Newman and Dr. Aviars Vitols are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

                                                       ___s/Susan J. Dlott_____
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court