IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy J. Estes,  :
 :
    Plaintiff(s),  :
 :  Case Number: 1:11cv496
vs.  :
 :  Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
 :
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 25, 2012 (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 11, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the ALJ's non-disability determination is not supported by substantial evidence in the record presented.

Therefore, plaintiff's motion for contempt, request for audio-visual record, and request for addendum (Docs. 19, 25 and 26) are **DENIED.**

Plaintiff's motion to expedite (Doc. 31) is **GRANTED**.

Defendant's decision is found **NOT TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE, REVERSED** and **REMANDED** for additional review under Sentence Four.

This case is hereby **TERMINATED.**

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court